Argued and submitted September 14, reversed and remanded with instructions
October 31, 1984

STATE ex rel OAR,
*Respondent,*

*v.*

KERR,
*Appellant.*

(79-2632-E-1; CA A31099)

690 P2d 530

Thomas C. Howser, Ashland, argued the cause for appellant. On the brief were Rebecca G. Orf and Cottle & Howser, Ashland.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

Reversed and remanded for further proceedings in the light of *State ex rel Hathaway v. Hart,* 70 Or App 541, 690 P2d 514 (1984).[1]

---

[1] The trial court should assure that any further proceedings occur wholly on the record.